# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

AARON D. LUDWICK,

        Petitioner,              :         Case No. 1:24-cv-51

   - vs -                                   District Judge Susan J. Dlott
                                           Magistrate Judge Michael R. Merz

TIM SHOOP, Warden, Chillicothe
  Correctional Institution,

                                        :

        Respondent.

## DECISION AND ORDER

This case is before the Court on Petitioner's Objections, his Amended Motion for Leave to Amend Petition for Writ of Habeas Corpus, and his Motion for Leave to Conduct Discovery. (Docs. 62–64.)

**I.**

Petitioner Aaron D. Ludwick has filed a Petition for Writ of Habeas Corpus ("Habeas Petition") challenging his conviction for four counts of sexual conduct with a minor less than thirteen years old and one count of sexual conduct with another by force or threat of force. (Doc. 1.) The victim was his daughter. Today the Court is issuing a Decision and Order affirming the Magistrate Judge's Decision and Order to deny Petitioner's Second Motion to Expand the Record. (Docs. 42, 53, 65.) The Court also is issuing a Decision and Order on the Merits adopting the Magistrate Judge's Report and Recommendations recommending that the Habeas

Petition be dismissed with prejudice. (Docs. 37, 66.) The Court is overruling Petitioner's Objections as to both of these matters. (Docs. 44, 48, 56.)

While the above matters on the expansion of the record and the merits of the Habeas Petition were ripe and pending before the Court, Petitioner Ludwick continued to vexatiously file more motions. On November 3, 2025, he filed a Motion to Amend the Petition for Habeas Corpus to add a proposed sixth ground for relief and a Motion for Leave to Conduct Discovery. (Docs. 59, 60.) The Magistrate Judge quickly issued a Decision and Order Denying Motion to Amend and to Conduct Discovery. (Doc. 61.) The Magistrate Judge determined that the Motion to Amend was filed after under delay. (*Id.* at 1830–1831.) He also concluded that it would be futile to grant Petitioner leave to amend because the new ground for relief he sought to add was untimely. (*Id.* at 1831–1833.) Finally, he denied the motion for discovery because there was no new ground for relief about which to seek discovery. (*Id.* at 1834.) Petitioner then filed Objections to the Decision and Order that are now pending before the Court. (Doc. 62.)

A district court reviews a magistrate judge's decisions on non-dispositive matters for clear error as to factual findings and *de novo* as to conclusions of law. 28 U.S.C. § 636(b)(1)(A). The Court agrees with the Magistrate Judge's well-reasoned Decision and Order Denying Motion to Amend and Conduct Discovery and will overrule Petitioner's Objections. Petitioner unduly delayed in moving to add the sixth ground for relief until after the merits of the Habeas Petition were ripe and pending before the Court. And the Court will not grant discovery on a Habeas Petition that has been dismissed.

Finally, on December 5, 2025, Petitioner filed an Amended Motion for Leave to Amend Petition for Writ of Habeas Corpus seeking to add a sixth, seventh, and eighth grounds for relief

2

and another Motion for Leave to Conduct Discovery.  (Docs. 63, 64.)  The Court will deny these Motions as unduly delayed and futile.

## II.

Accordingly, Petitioner's Objections (Doc. 62) are **OVERRULED** and his Motions (Docs. 63, 64) are **DENIED**.

**IT IS SO ORDERED.**

                                                    S/Susan J. Dlott\
                                                    Susan J. Dlott\
                                                    United States District Judge